```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

TERRY GLENN GOODMAN, JR.,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:20-00777

KILOLO KIJAKAZI,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation ("PF&R") on September 3, 2021, in which he recommended that the court deny plaintiff's request to reverse defendant's decision (ECF No. 9); grant defendant's request to affirm her decision (ECF No. 10); affirm the final decision of defendant; and dismiss this action from the court's docket. (ECF No. 11.)

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file objections to the PF&R. The failure of any party to file such objections within the time allowed

constitutes a waiver of such party's right to a de novo review by this court. See Thomas v. Arn, 474 U.S. 140, 149-50 (1985); Snyder v. Ridenour, 889 F.2d 1363, 1365-66 (4th Cir. 1989); see also 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." (emphasis added)).

Neither party filed objections to the PF&R within the required time period. Accordingly, the court adopts the PF&R as follows:

1. Plaintiff's request to reverse defendant's decision (ECF No. 9) is **DENIED**;

2. Defendant's request to affirm her decision (ECF No. 10) is **GRANTED**;

3. Defendant's final decision is **AFFIRMED**; and

4. This action is **DISMISSED** from the court's docket.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 24th day of January, 2022.

ENTER:

David A. Faber
Senior United States District Judge

2